**Appeal Nos.   2022AP248**
                **2022AP249**
**STATE OF WISCONSIN**

Cir. Ct. Nos.  2022TP29
2022TP30

**IN COURT OF APPEALS
DISTRICT IV**

IN RE THE TERMINATION OF PARENTAL RIGHTS TO A.G.,
A PERSON UNDER THE AGE OF 18:

ROCK COUNTY HUMAN SERVICES,

    PETITIONER-RESPONDENT,

FILED

July 19, 2022

Sheila T. Reiff
Clerk of Court of Appeals

   V.

A.P.,

    RESPONDENT-APPELLANT.

IN RE THE TERMINATION OF PARENTAL RIGHTS TO A.P.,
A PERSON UNDER THE AGE OF 18:

ROCK COUNTY HUMAN SERVICES,

    PETITIONER-RESPONDENT,

   V.

A.P.,

    RESPONDENT-APPELLANT.

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Court of Appeals
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Michael A. Haakenson
Circuit Court Judge
Electronic Notice

Jacki Gackstatter
Juvenile Clerk
Rock County Courthouse
Electronic Notice

Lisa Marie Line
Electronic Notice

Jill C. Vento
Electronic Notice

Shane W. Falk
Electronic Notice


PLEASE TAKE NOTICE that corrections were made to paragraphs 6 n.7, 12 n.9, 16, 17, and 18 in the above-captioned opinion which was released on July 14, 2022. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.